COMMONWEALTH *vs.* DOMINGO MELLO. May 19, 1977. Although the assignment of error which is directed to two sentences in the judge's charge brings nothing before this court for review because the assignment is not based on an exception, *Commonwealth* v. *Miller,* 4 Mass. App. Ct. 379, 382-383 (1976), we have examined the allegedly erro-

---

[1] General has not appealed from the order denying the motion in question.

neous instructions to determine whether there is a likelihood of "a substantial risk of a miscarriage of justice." *Commonwealth* v. *Freeman,* 352 Mass. 556, 564 (1967). We have concluded that the charge, viewed in its entirety, was not erroneous. The other assignment of error, not having been briefed, is deemed waived.

*Judgment affirmed.*

*Melvin S. Louison* for the defendant.

*Mary A. McLaughlin,* Special Assistant District Attorney (*Lance J. Garth,* Assistant District Attorney, with her) for the Commonwealth.